# COURT

*DEC 22 2025 PM5:03*
*FILED - USDC - FLMD - TPA*

CASH APP 813-532-0528

# $DBAKEVINBURNS

30751 GAR DRIVE, WESLEY CHAPEL, FLORIDA 33545

Vs.                    CASE # 8:25-cv-3488-WFJ-LSG

STATE MENTAL HOSPTAL

SUNCOAST BEHAVIORAL CENTER

4480 51ST ST. W BRADENTON, FLA 34210

S.B.C

**RELIEF SOUGHT: 66k**     pain and suffering.

Law suit     and     Medicaid complaint

COMES NOW, MR. BURNS, A 8TH GRADE EDUCATED, NON-LAYWER, SCHIZO-AFFECTED COUNSEL, THAT ONLY PROVIDED EVIDENCE, WITHOUT LEGAL ARGUMENT, TO PREVENT DISMISSAL BECAUSE OF WHAT A SCHIZOPENIC SAYS.

1 SBC is a state mental health hospital.

2 SBC called 911 to info the state that I meet the Baker act requirement for admission.

3 However SBC then in deprivation of the right under the color of law, order police to make me leave, without treatment that I had requested.

4 I left without treatment docnt and was harmed with life sustaining injury's.

5 Thank you.



| Date/Time Reported | Date/Time Found | Date... ...d | Officer |
|---|---|---|---|
| 09/12/2015 13:06 | 09/12/2015 13:00 | 09/12/2015 13:06 | (10000166) SMITH, JOHN II |

Incident Location

4480 51st St W, Bradenton, FL 34210

**ASK REPUBLICAN STATE OF FLORIDA**

### Notes/Narrative

On 9-12-15 I responded to Suncoast Behavioral Center in reference to Kevin Burns. Upon my arrival Kevin was out front of the center and was denied access from the staff (Brandy Hamilton)(Employee). Kevin stated that he was upset about the car dealer ship taking his 7500.00 but he was not suicidal. Kevin stated that he didnt want to hurt himself or anyone else and denied that he had ever made threats to shoot the staff at Suncoast. Brandy called Cynthia Harden (Director) and advised her of the situation and Cynthia stated that they were not going to accept Kevin into the facility due to his threats to shoot the staff from earlier this week. Sgt Mcclain and Sgt. Franczyk was advised of the situation. Kevin was given back his pocket knife and was given a case number and cleared the scene on foot. Kevin did not meet BA 52 Criteria and stated that he did not want to go to Manatee Glens because his insurance was not taken there.

**I was let out two days before u 54 mins later 10,002.00 dollars FOR HELP. AND MEET BAKER ACT LAW**

### REPORTING OFFICER NARRATIVE

Bradenton Police Department

OCA: 2015-007536

| Victim | Offense | Date - Time Reported |
|---|---|---|
| 4 | BAKER ACT | Sat 09/12/2015 14:0 |

On 09/12/2015 I was dispatched to 5315 Cortez Road West in reference to a possible suicide. Upon my arrival on scene EMS and other BPD units were already on scene. EMS was providing care to Kevin Burns (Baker Act). I then made contact with Mr. Burns and observed several lacerations on both of his arms.

Mr. Burns stated that he went to Suncoast Behavioral Health Center seeking treatment since he felt as though h was going to harm himself. Mr. Burns advised he was then denied treatment. Mr. Burns then stated he traveled to the Walmart and purchased razor blades and then proceeded to inflict harm to his person with the razor blades. Mr Burns did state he no longer wanted to live during this time. Mr. Burns was then transported to Blake by EMS. A this time Mr. Burns was Baker Acted and treated at Blake for his injuries. I then completed this report and took no other action in this case.

**TREATMENT TO BE GIVEN BUT DENIED TO**

### Transportation to Receiving Facility

#### Part I: General Information

The circumstances, under which (Name of Person) **BURNS, KEVIN LEE** was taken into custody are as follows:

Subject traveled to Suncoast in order to seek treatment and was denied entry.